UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MICHAEL A. GREENGRASS, an individual,

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
a Delaware limited liability company,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Michael A. Greengrass, an individual, sues Defendant, Portfolio Recovery Associates, LLP, a Delaware limited liability company, and alleges:

### *JURISDICTION*

1.    This is an action for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, which provides for a private cause of action for violations of the TCPA and regulations promulgated thereunder by the Federal Communications Commission ("FCC"), 47 C.F.R., Part 64, Subparts 1200 and 1601.

### *ALLEGATIONS AS TO PARTIES*

2.    At all times material hereto, Plaintiff, Michael A. Greengrass ("Mr. Greengrass") was *sui juris* and a resident of Broward County, Florida.

3.    At all times material hereto, Defendant, Portfolio Recovery Associates, LLC ("PRA") was a Delaware limited liability company doing business in Broward County, Florida.

4. At all times material hereto, PRA was a third party debt collector for various creditors.

5. At all times material hereto, PRA routinely made collection and other calls to its customers using automated dialing systems and pre-recorded messages.

## *FACTUAL ALLEGATIONS*

6. Several years prior to the filing of the instant action, Mr. Greengrass opened a credit card ("Greengrass Credit Card").

7. Commencing on February 18, 2010 through to the present, PRA made repeated unlawful automated calls to the cellular phone of Mr. Greengrass.

8. Mr. Greengrass did not give consent to PRA to contact Mr. Greengrass by any means.

9. PRA used an unlawful auto dialer and pre-recorded messages to call the cellular phone of Mr. Greengrass without permission to do so in violation of the TCPA.

10. PRA used an illegal predictive dialer to call the cellular phone of Mr. Greengrass without permission to do so in violation of the TCPA.

11. As more particularly described above, PRA placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Mr. Greengrass in violation of 47 U.S.C. §227(b)(1)(A)(iii).

12. There is no exception or justification for the numerous violations of the TCPA by PRA.

13. Each call to the cellular phone of Mr. Greengrass is a separate violation and

entitles Mr. Greengrass to statutory damages against PRA in the amount of at least Five Hundred Dollars ($500.00) per call pursuant to 47 U.S.C. §227(b)(3).

14. PRA willfully and knowingly violated the TCPA and the regulations promulgated thereunder to the extent that the Court may, in its discretion, increase the amount of statutory damages to One Thousand Five Hundred Dollars ($1,500.00) per call pursuant to 47 U.S.C. §227(b)(3).

WHEREFORE, Plaintiff, Michael A. Greengrass, an individual, demands judgment against Defendant, Portfolio Recovery Associates, LLC, a Delaware limited liability company, for:

A. Statutory damages;

B. A declaration that the calls of Defendant violated the TCPA;

C. A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

D. Such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Michael A. Greengrass, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
Email: rphyu@aol.com